# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 17, 2024

_____

## DOCKET CORRECTION NOTICE
_____

No. 24-4369,  US v. Itzel Medina-Beltran
4:23-cr-00028-D-BM-1

TO:    Itzel Ivon Medina-Beltran

SEALED JOINT APPENDIX CORRECTION DUE:  December 23, 2024

Please make the correction identified below by the due date indicated.

---

[X] There appear to be document(s) in the sealed joint appendix that were not sealed in district court. Please refile the document(s) in the unsealed volume of the appendix or take appropriate action regarding sealing the document(s).


Emily Borneisen, Deputy Clerk
804-916-2704